■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AUGUSTIN SAJOUS, Appellant. [911 NYS2d 670]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Walsh, J.), rendered October 21, 2008, convicting him of criminally using drug paraphernalia in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Skelos, J.P., Santucci, Angiolillo, Hall and Roman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN SMITH, Appellant. [911 NYS2d 669]—Appeals by the defendant from two judgments of the County Court, Westchester County (Cacace, J.), both rendered July 29, 2009, convicting him of attempted criminal possession of a weapon in the third degree under S.C.I. No. 08-01124 and attempted criminal sale of a controlled substance in the fifth degree under S.C.I. No. 08-01128, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on the appeals. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Fisher, J.P., Dillon, Balkin, Chambers and Sgroi, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ENGELS SOSA-RODRIGUEZ, Appellant. [912 NYS2d 476]—Appeals by the defendant, as limited by his motion, from two resentences of the County Court, Suffolk County (Braslow, J.), both imposed October 30, 2009, on the ground that the resentences were excessive.

Ordered that the resentences are affirmed. No opinion. Skelos, J.P., Florio, Leventhal and Austin, JJ., concur.